UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 14215
   DONALD ASHFORD
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-3087

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
   The case was filed on 11/01/2006 and was confirmed 01/22/2007.

   The plan was confirmed to pay secured creditors 100% and unsecured
creditors  9.00%.

   The case was dismissed after confirmation 09/22/2008.
--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIMORTGAGE | CURRENT MORTG | .00 | .00 | 35152.20 |
| CITIMORTGAGE | MORTGAGE ARRE | 7150.00 | .00 | .00 |
| CITIFINANCIAL AUTO CREDI | SECURED VEHIC | 30382.22 | 4317.03 | 3846.76 |
| INTERNAL REVENUE SERVICE | FILED LATE | .00 | .00 | .00 |
| LATONYA JACKSON | NOTICE ONLY | NOT FILED | .00 | .00 |
| ACTIVITY COLLECTION SVC | UNSECURED | 2614.00 | .00 | .00 |
| AMERICASH LOANS LLC | UNSECURED | 3253.70 | .00 | .00 |
| AMERILOAN | UNSECURED | NOT FILED | .00 | .00 |
| ARROWHEAD INVESTMENTS | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 759.25 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | NOT FILED | .00 | .00 |
| BROTHER LOAN & FINANCE | UNSECURED | 855.37 | .00 | .00 |
| CAPITAL ONE | UNSECURED | 2077.08 | .00 | .00 |
| CAPITAL ONE | UNSECURED | 1675.91 | .00 | .00 |
| CASH DOCTOR | UNSECURED | NOT FILED | .00 | .00 |
| CHECK INTO CASH | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANCARD CHARTER | UNSECURED | 283.96 | .00 | .00 |
| LVNV FUNDING LLC ASSIGNE | UNSECURED | 3579.75 | .00 | .00 |
| MRSI | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL TITLE LOAN | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL OPPORTUNTIES | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | 487.00 | .00 | .00 |
| PAYDAY OK | UNSECURED | NOT FILED | .00 | .00 |
| PROFFESSIONAL ACCOUNT MG | UNSECURED | NOT FILED | .00 | .00 |
| ROUTE 66 | UNSECURED | NOT FILED | .00 | .00 |
| SHERISE MAJOR | NOTICE ONLY | NOT FILED | .00 | .00 |
| PROVIDIAN | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL AUTO CREDI | NOTICE ONLY | NOT FILED | .00 | .00 |
| CITIMORTGAGE INC | NOTICE ONLY | NOT FILED | .00 | .00 |
| ROBERT J ADAMS & ASSOC | REIMBURSEMENT | 306.33 | .00 | 306.33 |
| ILLINOIS DEPT OF REVENUE | UNSECURED | 245.04 | .00 | .00 |
| ILLINOIS DEPT OF REVENUE | PRIORITY | 3515.54 | .00 | .00 |

                  PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 06 B 14215 DONALD ASHFORD

```
INTERNAL REVENUE SERVICE  FILED LATE           .00              .00           .00
ROBERT J ADAMS & ASSOC    DEBTOR ATTY   3,000.00                            992.01
TOM VAUGHN                TRUSTEE                                         3,271.13
DEBTOR REFUND             REFUND                                         2,022.08
```

         Summary of Receipts and Disbursements:

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 49,907.54 | |
| | | |
| PRIORITY | | 306.33 |
| SECURED | | 38,998.96 |
|    INTEREST | | 4,317.03 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 992.01 |
| TRUSTEE COMPENSATION | | 3,271.13 |
| DEBTOR REFUND | | 2,022.08 |
| TOTALS | 49,907.54 | 49,907.54 |

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                 /s/ Tom Vaughn
     Dated: 12/22/08            _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE